**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03159-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

CHRISTOPHER B. GALUSHA,

     Plaintiff,

v.

ADAMS COUNTY COURTS,
THE DA'S OFFICE,
THE GENTLEMANS CLUB, and
OFFICER, DETECTIVE,

     Defendants.

_____

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

_____

     Plaintiff, an inmate at the Adams County Detention Facility in Brighton, Colorado,

has submitted to the court a Prisoner Complaint (ECF No. 1), a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3), a Motion to

File Without Payment (ECF No. 4), a Motion to File Without Payment of Filing Fee and

Supporting Financial Affidavit (ECF No. 5), and a document titled "Finding and Order

Concerning Payment of Filing Fees (ECF No. 6).  As part of the court's review pursuant

to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as

described in this order.  Plaintiff will be directed to cure the following if he wishes to

pursue his claims in this action.  Any papers that Plaintiff files in response to this order

must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) \_\_ is not submitted
(2) \_\_ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (account statement submitted is not certified)
(4) \_\_ is missing certificate showing current balance in prison account
(5) \_\_ is missing required financial information
(6) xx is missing authorization to calculate and disburse filing fee payments
(7) \_\_ is missing an original signature by the prisoner
(8) xx is not on proper form (must use the court's current form)
(9) \_\_ names in caption do not match names in caption of complaint, petition or habeas application
(10) \_\_ other: _____.

**Complaint, Petition or Application**:
(11) \_\_ is not submitted
(12) \_\_ is not on proper form
(13) \_\_ is missing an original signature by the prisoner
(14) \_\_ is missing page nos. \_\_\_
(15) \_\_ uses et al. instead of listing all parties in caption
(16) \_\_ names in caption do not match names in text
(17) \_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED November 21, 2013, at Denver, Colorado.

BY THE COURT:

2

 s/ Boyd N. Boland          
United States Magistrate Judge