IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03159-BNB

CHRISTOPHER B. GALUSHA,

    Plaintiff,

v.

ADAMS COUNTY COURTS,
DA'S OFFICE,
THE GENTLEMAN'S CLUB, and
OFFICE, DETECTIVE,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Christopher B. Galusha, is an inmate at the Adams County Detention Facility in Brighton, Colorado. Mr. Galusha initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1). On December 5, 2013, Mr. Galusha tendered to the Court for filing in this action an amended Prisoner Complaint (ECF No. 8) and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 11). On December 9, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Galusha to file an amended complaint using the court-approved Prisoner Complaint form that is signed and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Galusha was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

    Mr. Galusha has failed to file an amended complaint within the time allowed and

he has failed to respond in any way to Magistrate Judge Boland's December 9 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaints and action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Galusha failed to comply with a court order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  16th  day of    January   , 2014.

BY THE COURT:

   s/Lewis T. Babcock    
LEWIS T. BABCOCK, Senior Judge
United States District Court