# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03159-LTB

CHRISTOPHER B. GALUSHA,

    Plaintiff,

v.

ADAMS COUNTY COURTS,
DA'S OFFICE,
THE GENTLEMAN'S CLUB, and
OFFICE, DETECTIVE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion to reopen this action (ECF No. 18) is DENIED because Plaintiff presents no argument or authority that justifies the relief he seeks.

Dated:   January 20, 2015